LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
AMNON Z. SIEGEL (State Bar No. 234981)
asiegel@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:    (310) 552-8400

Attorneys for Plaintiff Herring Networks, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERRING NETWORKS, INC., | CASE NO. '19CV1713 JAH  BGS |
| Plaintiff, | |
| v. | COMPLAINT FOR DEFAMATION AND DAMAGES |
| RACHEL MADDOW; COMCAST CORPORATION; NBCUNIVERSAL MEDIA, LLC; and MSNBC CABLE L.L.C., | DEMAND FOR JURY TRIAL |
| Defendants. | |

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

435389.3

COMPLAINT

Plaintiff Herring Networks, Inc., ("Plaintiff" or "Herring Networks"), by and through its undersigned attorneys, alleges against Defendants Rachel Maddow, Comcast Corporation ("Comcast"), NBCUniversal Media, LLC ("NBC Universal"), and MSNBC Cable LLC ("MSNBC Cable") (collectively, "Defendants"), as follows:

## **INTRODUCTION**

1.      Plaintiff owns and operates One America News Network ("OAN"), an independent media organization focused on providing national and international news coverage.  OAN's news channel has risen rapidly in prominence and popularity.  OAN has become an important voice in American news, providing Americans with a conservative alternative to the major liberal news outlets.

2.      Comcast is the nation's largest provider of cable television.  Comcast has refused to carry OAN as part of its cable programming because OAN counters the liberal politics of Comcast's own news channel, MSNBC.

3.      In July 2019, OAN's President, Charles Herring, called out and objected to Comcast's anti-competitive censorship of OAN in an email to Comcast's President of Content Acquisition.

4.      A week later, MSNBC's most popular show—The Rachel Maddow Show—opened with a hit piece on OAN.  The show's host, Rachel Maddow ("Maddow"), told her audience that OAN "*really literally is paid Russian propaganda*" (emphasis added).

5.      Maddow's statement is utterly and completely false.  OAN is wholly owned and financed by the Herrings, an American family.  OAN has never been paid or received a penny from Russia or the Russian government.

6.      Defendants made this false claim to smear OAN's reputation in retaliation for Plaintiff's insistence that Defendants treat OAN fairly and offer the OAN news channel to Comcast subscribers.

7.      By this action, OAN seeks to hold Defendants accountable for their

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

malicious and reprehensible conduct.

## PARTIES

8.     Plaintiff is a California corporation with its principal place of business in San Diego, California.

9.     Maddow is an individual residing in New York, New York.

10.    Comcast is a Pennsylvania corporation with its principal place of business in Philadelphia, Pennsylvania.

11.    NBC Universal is a Delaware limited liability company with its principal place of business in Los Angeles, California.

12.    MSNBC Cable is a Delaware limited liability company with its principal place of business in New York, New York.

## JURISDICTION AND VENUE

13.    This Court has subject matter jurisdiction over Plaintiff's claim for defamation pursuant to 28 U.S.C. § 1332 because the claim is between citizens of different states and the amount in controversy exceeds $75,000.  Plaintiff is a citizen of California.  Maddow is a citizen of New York.  Comcast is a citizen of Pennsylvania.  NBC Universal is a citizen of Pennsylvania and Delaware, by virtue of the citizenship of its sole member.  MSNBC Cable is a citizen of Pennsylvania and Delaware by virtue of the citizenship of its member(s).

14.    Venue is appropriate in this judicial district pursuant to 28 U.S.C. § 1391(b)(3) because Defendants are subject to personal jurisdiction in this District.

15.    This Court has personal jurisdiction over Defendants because each Defendant conducts business and/or owns property in California.  Therefore, each Defendant has sufficient contacts with the State of California so as to render the exercise of jurisdiction over them proper.  The claim alleged herein arises from Defendants' contacts with the State of California.

## FACTS

16.    The Herring family launched OAN on July 4, 2013, to deliver timely

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

national and international news 24 hours a day.  The OAN channel is carried on satellite, cable and streaming providers.

17.   OAN features news programming, political talk shows, and special documentary-style reports.  In just a few years, OAN has become the fourth-highest rated national news network as measured by a leading cable provider and is greatly outperforming other emerging cable news networks.  OAN is a leading conservative voice in American news.

18.   OAN is owned and operated by Herring Networks, which is wholly-owned by members of the Herring family.  The Herrings are proud, dedicated and loyal Americans; and they alone own and finance OAN.

19.   Defendant Comcast is both the largest cable provider in the United States and a major entertainment company with numerous cable and broadcast channels.  Among its news channels is MSNBC, which Comcast owns and operates through its subsidiaries NBC Universal and MSNBC Cable.  MSNBC caters to and promotes liberal politics.

20.   Despite OAN's rapid rise and growing audience, Comcast has refused to carry OAN on its cable service.  Comcast refuses to carry OAN because it counters the liberal message of MSNBC.  By this blatant censorship, Comcast is depriving millions of its subscribers from hearing a different viewpoint.

21.   On July 15, 2019, Charles Herring ("Herring") emailed Gregory Rigdon, the President of Content Acquisition for Comcast.  Herring made a case for adding OAN to the Comcast platform and stated his concern that Comcast is refusing to carry OAN because Comcast opposes including another conservative counter channel to counter MSNBC.

22.   Exactly one week after that email, the most popular show on Comcast's news channel, MSNBC, ran a hit piece on OAN.  It happened like this:

**A.   Kristian Rouz and The Daily Beast Article**

23.   One of OAN's employees is a young man named Kristian Rouz

Miller Barondess, LLP
ATTORNEYS AT LAW
1999 Avenue of The Stars, Suite 1000  Los Angeles, California 90067
Tel: (310) 552-4400    Fax: (310) 552-8400

("Rouz").  Rouz collects and analyzes articles from other sources and writes articles based on those sources for OAN.  Rouz's articles go through OAN's editorial process before they are published.  Rouz does not have decision-making authority with respect to the content that is aired on OAN.

24.    Rouz was born in the Ukraine.  When he moved to the United States, he had no friends or family here.  To make ends meet, Rouz began writing articles for Sputnik News in 2014.  Sputnik News is affiliated with the Russian government, but Rouz chose the topics and viewpoints of the articles he wrote for Sputnik News.  Rouz's articles provided updates about various topics in global economics and international finance.

25.    The headlines of Rouz's articles for Sputnik News include: "N. Ireland Pessimistic About UK Economy Amid Weaker Regional Growth – Poll"; "South Africa's Struggling Utility Eskom Raises $361 Mln to Keep Lights On"; "Japan Q1 GDP Beats Expectations Despite Weak Consumer Spending"; and "Turkish Central Bank Relaxes Policy, Warns Against FX Purchases to Support Lira."

26.    Rouz has never been a staff employee of Sputnik News.  He worked as a freelancer for Sputnik News and his work there had no relation to his work for OAN.  Rouz submitted articles to Sputnik on his own and would receive approximately $40 if the articles were accepted.

27.    On July 22, 2019, the Daily Beast—an online publication—published an article entitled, "Trump's New Favorite Channel Employs Kremlin-Paid Journalist."  The article was written by Kevin Poulsen ("Poulsen"), also known as "Dark Dante"—the first computer hacker ever to be charged with espionage against the United States government.

28.    Poulsen spent 17 months as a fugitive from the law before being arrested in 1991.  In 1995, Poulson pleaded guilty to seven counts of conspiracy, fraud and intercepting wire communications.  He received the longest prison sentence ever for a computer hacker at that time.  United States law enforcement has

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1 referred to him as "the Hannibal Lecter of computer crime."

2      29.    Poulsen's article identified Rouz as "on the payroll" of Sputnik News.

3 But Poulsen did not identify any facts tying Rouz's work for OAN to Sputnik News

4 or the Russian government; and that is because there never have been, and are, no

5 such facts.

6 **B.    Rachel Maddow**

7      30.    Maddow is a liberal television host with a show on MSNBC called

8 "The Rachel Maddow Show."

9      31.    Maddow is obsessed with conspiracy-mongering about a connection

10 between Russia and President Donald Trump.  Her obsession is so pronounced that

11 even other media outlets have called her out for her lack of journalistic integrity.

12      32.    On March 28, 2019, for example, the Guardian published an editorial

13 entitled, "Will Rachel Maddow Face a Reckoning Over Her Trump-Russia

14 Coverage?"  And a March 27, 2019, editorial published in Politico noted: "For the

15 past two years, Rachel Maddow has been a hero of her own spy-thriller."  The

16 editorial details Maddow's "deep delusion" with Russian conspiracies.

17      33.    On April 12, 2017, The Intercept published an article entitled

18 "MSNBC's Rachel Maddow Sees A 'Russia Connection' Lurking Around Every

19 Corner."  The article noted that MSNBC and Maddow have "played a key role in

20 stoking the frenzy over Trump's alleged involvement with Russian meddling in the

21 U.S. presidential race[.]"

22      34.    The Intercept conducted a quantitative study of all 28 episodes of The

23 Rachel Maddow Show in the six-week period between February 20 and March 21,

24 2017.  Russia-focused segments accounted for 53 percent of these broadcasts.  In 16

25 of the 28 episodes analyzed, Russia comprised either all or a substantial part of the

26 "A-block," the show's headlining and lengthiest segment.

27 **C.    Rachael Maddow's Malicious and False Claim that OAN "Really**

28 **Literally is Paid   Russian Propaganda"**

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

35.     On July 22, 2019, Maddow's show featured a segment on OAN entitled, "Staffer on Trump-favored network is on propaganda Kremlin payroll."  A copy of the transcript for the segment is attached hereto as Exhibit A (and the video will be shown at trial).

36.     The segment was part and parcel of Maddow's obsession with drawing connections between President Trump and the Russian government.  Maddow began by stating that President Trump gave OAN a "pass for access to the White House grounds and a permanent seat in the White House briefing."  Maddow noted that President Trump "quot[ed] this little news outlet and frequently t[old] people that they should be watching them."

37.     Maddow proceeded to report on Poulsen's article in The Daily Beast. Maddow failed to mention Poulsen's shadowy, criminal history.

38.     Then, Maddow made a new, false and maliciously defamatory claim—a claim not in Poulsen's Daily Beast article.  Maddow said, "In this case, the most obsequiously pro-Trump right wing news outlet in America *really literally is paid Russian propaganda*" (emphasis added).

39.     Maddow's claim that OAN "really literally is paid Russian propaganda" is false and intended to malign and harm OAN.  OAN is not paid by the Russian government.  In fact, OAN has taken no money outside the Herring family whatsoever.  None of OAN's content comes from the Russian government.

**D.     Defendants' Defense: "Literally" Doesn't Mean "Literally"**

40.     On July 25, 2019, OAN wrote to Comcast and Maddow pursuant to Code of Civil Procedure § 48, demanding a retraction of this false statement. Copies of these letters are attached hereto as Exhibits B and C.

41.     Defendants refused to retract or correct their defamatory statement about OAN.  On August 6, 2019, counsel for NBC Universal claimed that when Maddow—a graduate of Stanford and Oxford Universities and a Rhodes Scholar—said, "literally," she actually meant, "'*not* being literally true.'" (emphasis added).

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

42.    The lawyer's letter argued, bizarrely, that "literally" was the "kind of figure of speech that connoted opinion."  Attached hereto as Exhibit D is a copy of NBC Universal's letter.

43.    Maddow's statement was not opinion.  Moreover, it implied facts that were not in the Daily Beast article, including:

- OAN is paid by the Russian government for running content prepared for or at the direction of the Russian government; and/or

- Rouz is paid by the Russian government for preparing content for OAN for or at the direction of the Russian government.

44.    These assertions were intended to be, and are, false and malicious and/or were made with reckless disregard for the truth.  They were made because OAN, unlike MSNBC, presents a conservative viewpoint and to retaliate against OAN for calling out Defendants for their anti-competitive censorship in refusing to distribute OAN.

## FIRST CAUSE OF ACTION
### (Defamation)

45.    Plaintiff repeats and re-alleges the allegations contained in the preceding and subsequent paragraphs of this Complaint, as though set forth fully herein.

46.    Maddow, MSNBC Cable, NBC Universal, and Comcast made a false statement about Plaintiff.  Specifically, on July 22, 2019, Maddow made the statement during a segment on The Rachel Maddow Show that OAN "really literally is paid Russian propaganda."  Viewers of the segment reasonably understood that this statement was about Plaintiff.

47.    MSNBC Cable, NBC Universal, and Comcast took a responsible part in the publication of this statement.  The statement was published on MSNBC Cable's cable-news channel, and MSNBC Cable has editorial control over the content of The Rachel Maddow Show.  Upon information and belief, Comcast and

NBC Universal were involved in the statement as retaliation for Plaintiff's insistence that Defendants treat OAN fairly and offer its news channel to Comcast subscribers.

48.     Maddow's assertion that OAN "really literally is paid Russian propaganda" was a false statement of fact.  OAN is not paid by the Russian government, none of OAN's content comes from the Russian government, and OAN is not owned or controlled by Russia.

49.     Additionally, the statement implied the following false assertions of fact:

- OAN is paid by the Russian government for running content prepared for or at the direction of the Russian government; and/or
- Rouz is paid by the Russian government for preparing content for OAN for or at the direction of the Russian government.

50.     Maddow, MSNBC Cable, NBC Universal and Comcast knew this statement was false and acted maliciously and/or with reckless disregard as to its truth.

51.     Because of the facts and circumstances known to the viewers, the statement tended to injure Plaintiff's news business and exposed Plaintiff to hatred, contempt and ridicule and discouraged others from associating and dealing with Plaintiff, including by discouraging advertising on OAN's news channel.

52.     This statement constitutes defamation *per se* because it is damaging on its face to Plaintiff's business and reputation; indeed, the statement amounts to a charge of treason and disloyalty to the United States of America.

53.     Plaintiff has suffered harm to its business and reputation and incurred expenses to correct the false statement.  Among other things, OAN generates revenue from advertising, and the false statement has and/or will result in lost revenues for Plaintiff.

54.     Maddow, MSNBC Cable, NBC Universal, and Comcast acted with

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

1  oppression, fraud and malice.  Plaintiff is therefore entitled to punitive damages.

2      55.    Plaintiff has complied with Code of Civil Procedure § 48a.  Plaintiff

3  demanded correction of Defendants' false statement on July 25, 2019.  Defendants

4  refused.

**PRAYER FOR RELIEF**

6      WHEREFORE, Plaintiff respectfully prays for a judgment against Defendants

7  for:

8      (1)  Compensatory damages in excess of $10,000,000, or as will be proven at

9  trial;

10      (2)  Punitive damages;

11      (3)  Prejudgment interest;

12      (4)  Attorneys' fees;

13      (5)  Costs of suit; and

14      (6)  Such other relief that the Court deems proper.

16  DATED:  September 9, 2019    MILLER BARONDESS, LLP

19      By:    /s/ Amnon Z. Siegel

20      AMNON Z. SIEGEL
    Attorneys for Plaintiff

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400    FAX: (310) 552-8400

1

## **DEMAND FOR JURY TRIAL**

2

3        Plaintiff hereby demands trial by jury.

4

5    DATED:  September 9, 2019         MILLER BARONDESS, LLP

6

7                                          By:      /s/ Amnon Z. Siegel

8                                          AMNON Z. SIEGEL
                                           Attorneys for Plaintiff
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
1999 AVENUE OF THE STARS, SUITE 1000  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**19CV1713 JAH BGS**

## I. (a) PLAINTIFFS

HERRING NETWORKS, INC.

## DEFENDANTS

RACHEL MADDOW; COMCAST CORPORATION; NBC UNIVERSAL MEDIA, L.L.C. & MSNBC CABLE, L.L.C.

**(b)** County of Residence of First Listed Plaintiff    LOS ANGELES
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    NEW YORK
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
AMNON Z. SIEGEL; MILLER BARONDESS, L.L.P.
1999 AVENUE OF THE STARS, SUITE 1000, L.A. CA 90067
310-552-4400

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff

☐ 2  U.S. Government Defendant

☐ 3  Federal Question
*(U.S. Government Not a Party)*

☒ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☒ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act<br><br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | **SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332
Brief description of cause:
CAUSE OF ACTION FOR DEFAMATION

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $   10,000,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE   09/09/2019

SIGNATURE OF ATTORNEY OF RECORD   /s/ Amnon Z. Siegel

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# EXHIBIT A



**Rachel Maddow Transcripts / Rachel Maddow**

# Justice Stevens praised as "brilliant man". TRANSCRIPT: 7/22/19, The Rachel Maddow.

07/22/19 09:00 PM

**Guests:**

David Glosser

**Transcript:**

RACHEL MADDOW, MSNBC HOST:  Thank you very much, Joy.  Much appreciate it,

my friend.  Thanks a lot.


Thanks to you at home for joining us this hour.  Happy to have you here

this Monday night.


If the FOX News Channel is insufficient pro-Trump for you, you may or may

not know that there is another boutique little news outlet that is designed

specifically for Trump mega fans.  It`s called One America – One America

News Network.


The Trump White House gave this boutique outfit a hard pass for access to

the White House grounds and a permanent seat in the White House briefing

room.  Remember when the White House used to hold press briefings?  They

had a seat for those.


President Trump also started quoting this little news outlet and frequently

telling people that they should be watching them, praising their ratings,

Case 3:19-cv-01713-JAH-BGS   Document 1-2   Filed 09/09/19   PageID.15   Page 3 of 4

which is the highest possible praise from this president, right?

Today has been a more ridiculous than most day in the news and there is a ton going on, and we`ve got a very busy show.  But I have to tell you, perhaps the single most perfectly formed story of the day, the single most like sparkly story of the entire day is this scoop from reporter Kevin Paulson at "The Daily Beast" who has sussed out that Trump`s favorite more Trumpier than Fox TV network, the one that the president has been promoting and telling everyone they should watch and is better than Fox, turns out that network has a full time on air reporter who covers U.S. politics who is simultaneously on the payroll of the Kremlin.  What?

Because at the same time he works for Trump`s favorite One America News team, he is also being paid by the Russian government to produce government-funded pro-Putin propaganda for a Russian government funded propaganda outfit called Sputnik.  Sputnik, of course, had a key role in the Russian government`s intervention in the 2016 election to help Trump, according to the intelligence committee`s assessment of that attack. Sputnik has also formally registered with the U.S. Justice Department as an agent of a foreign power.

I mean, there is a lot of news today, but among the giblets the news gods dropped off their plates for us to eat off the floor today is the actual news that this super right wing news outlet that the president has repeatedly endorsed as a preferable alternative to Fox News, because he

thinks Fox is insufficiently pro-Trump, so now he likes this is other

outlet better.  We literally learned today that that outlet the president

is promoting shares staff with the Kremlin.

I mean, what?  I mean, it`s an easy thing to throw out, you know, like an

epitaph in the Trump era, right?  Hey, that looks like Russian propaganda.

In this case, the most obsequiously pro-Trump right wing news outlet in

America really literally is paid Russian propaganda.  They`re on air U.S.

politics reporter is paid by the Russian government to produce propaganda

for that government.

I mean, this is the kind of news we are supposed to take in stride these

days.  And we do our best.

That is just one of the things we learned today.  And I guess you just

swallow that and then you move on.  And we expect that they won`t fire

their Kremlin staffer and we expect that the president will keep promoting

them, and we expect that other right wing news outlets wonder if they

should have a Kremlin staffer doing U.S. politics reporting, too.

It probably makes it easier to get the message.  I mean – anyway, let`s

get to it.  As I said, there is a lot going on.  And given all of the drama

that`s happening right now in Washington and how much more dramatic it`s

going to get in Washington over the next two days, I actually want to start

tonight with something in Washington that was a tremendously solemn

# EXHIBIT B

# MILLER BARONDESS, LLP

ATTORNEYS AT LAW
1999 AVENUE OF THE STARS
SUITE 1000
LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400
FAX: (310) 552-8400
WWW.MILLERBARONDESS.COM

July 25, 2019

LOUIS R. MILLER
DIRECT DIAL: (310) 552-5251
SMILLER@MILLERBARONDESS.COM

*VIA CERTIFIED MAIL*

Brian Roberts
Comcast Corporation
Comcast Center
1701 John F. Kennedy Blvd.
Philadelphia, PA 19103

      Re:   Notice to Retract Defamatory Statements Regarding One America News Network

Mr. Roberts:

      Please be advised that our firm has been retained by One America News Network ("OAN") concerning the July 22, 2019 episode of the Rachel Maddow Show, in which Rachel Maddow maliciously slandered OAN. I am writing to you as the top executive responsible for MSNBC. This letter serves as a demand that MSNBC, by and through Rachel Maddow and/or otherwise, publicly correct her defamatory statements in accordance with California Civil Code § 48a.

      Maddow falsely claimed—without a shred of evidence—that OAN "really literally is paid Russian propaganda." That is false. OAN has never received a single penny from the Russian government. The assertion that OAN is paid to disseminate propaganda on behalf of a foreign government is more than a mere falsehood—it amounts to an accusation of treason. Maddow's comments were beyond the pale and unbecoming of any respectable news organization.

      It also appears that the unwarranted attack on OAN was retaliation for OAN's suggestion that Comcast is refusing to carry it for non-business reasons. On July 15, 2019, Charles Herring emailed Gregory Rigdon, the President of Content Acquisition for Comcast. Herring made the compelling business case for adding OAN and also stated his concern that Comcast is refusing to carry OAN because OAN's coverage "generally counters the voice of MSNBC." Exactly one week after that email, MSNBC's number one show opens with a hit piece on OAN. This does not appear to be a mere coincidence. Tellingly, nobody at MSNBC or Comcast made any effort to reach out to OAN for comment prior to airing the defamatory statements.

MILLER BARONDESS, LLP

Mr. Brian Roberts
July 25, 2019
Page 2

Here are the facts:  OAN is an independent and family-owned media company focused on
providing national and international news coverage.  OAN is solely owned and operated by
Herring Networks, Inc., which in turn is wholly-owned by members of the Herring family.  The
Herrings are a proud, dedicated and loyal American family.  They launched OAN on July 4,
2013, to deliver timely national and international news 24 hours a day.

OAN features political analysis programming, political talk shows, and special
documentary-style reports.  In just a few years, OAN has become the fourth-highest rated
national news network as measured by a leading cable provider and is greatly outperforming
other emerging cable news networks.  The Herrings launched OAN on their own and with their
own money.  They took no outside investment whatsoever and have never had any involvement
with the Russian government.

The malicious claim that OAN is a Russian propaganda operation is vile, sensationalistic
reporting.  MSNBC and Ms. Maddow should immediately retract this defamatory statement.

Kristian Rouz, the young man whom Maddow attacked, is employed by OAN as a news
aggregator.  His job is to collect and analyze articles from other sources and write articles based
on those sources.  He is paid by OAN—not the Russian government—for the content he creates
for OAN.  Every article he writes goes through OAN's editorial process.  Mr. Rouz has never
had decision-making authority with respect to the content that is aired on OAN.  His outside
work for other media outlets has no relation to—or bearing on—his work for OAN.

In her zeal, we think Ms. Maddow singled out Mr. Rouz because of his nationality and
sought to malign him because she thought he is from Russia; in fact, he was born in the Ukraine.
If she had taken a minute to check Mr. Rouz out, she would have found that contrary to her false
and discriminatory accusation, he is a hard-working, honest journalist trying to earn a living and
support himself.  In that regard, I attach for your information a statement signed by Mr. Rouz and
request that you instruct Ms. Maddow to check people out before she seeks to destroy their
livelihood.

The falsehoods disseminated by Ms. Maddow are even more problematic considering
that the Daily Beast article on which the episode was based was authored by Kevin Poulsen, also
known as "Dark Dante"—the first computer hacker ever to be charged with espionage against
the United States government.  Rather than face the charges against him, Poulsen spent 17
months as a fugitive from the law before being arrested in 1991.

In 1995, Mr. Poulson pleaded guilty to seven counts of conspiracy, fraud, and
intercepting wire communications.  He received the longest sentence ever for a computer hacker
at that time.  United States law enforcement has referred to him as "the Hannibal Lecter of
computer crime."  Of course, Ms. Maddow made no mention of the shadowy source of the article

MILLER BARONDESS, LLP

Mr. Brian Roberts
July 25, 2019
Page 3

in her statements; instead, she made it seem like the story written by Mr. Poulsen came from a credible news source.

Maddow's assertion that OAN is a Russian propaganda operation is utterly false and defamatory. Our client will not stand by and allow these lies to be disseminated.

We hereby demand that you:

1. Immediately cease and desist in publishing defamatory statements about our client, whether the statements are made by you or by third parties;

2. Issue a public retraction of the defamatory statements, making clear that OAN is not paid Russian propaganda;

This letter puts you on notice that should you refuse to comply with our demands by August 15, 2019, we will recommend that our client pursue all legal avenues to protect its interests, including damages and attorneys' fees and costs incurred as a result of your actions. We reserve all our rights and remedies.

Sincerely,

Louis R. Miller

LRM

cc: Kimberly D. Harris

433035.3

## Statement on My Writing for Sputnik News

I am not a staff employee of Sputnik News, and have never been;

I have been writing articles for Sputnik about global economics and international finance;

I was free to choose the topics and angles for my articles according to my own views;

I have never written propaganda, disinformation, or unverified information;

I could write whenever I want, as many articles I want – but not exceeding 25 articles per month;

I had approximately 1300 articles over the past 4.5 years at roughly $40 per article, totaling at some $11,500 per year;

I wrote these articles to make ends meet and survive – as I had no family or friends in the U.S., and I was unemployed in this country for roughly 2 years.

Kristian Rouz, 7/23/2019

# EXHIBIT D

30 Rockefeller Plaza
New York, NY 10112

August 6, 2019

<u>Via E-mail & Federal Express</u>

**NBCUniversal**

Louis R. Miller
Miller Barondess, LLP
1999 Avenue of the Stars
Suite 1000
Los Angeles, California 90067
(310) 552-4400
smiller@millerbarondess.com

**Re:**   *The Rachel Maddow Show*

Dear Mr. Miller:

I am writing in response to your July 25, 2019 letter concerning statements made about your client, One America News Network ("OAN"), on July 22, 2019 during The Rachel Maddow Show on MSNBC.  While discussing an article published that same day by The Daily Beast concerning OAN reporter Kristian Rouz's simultaneous employment with the Russian government-funded outlet Sputnik, Ms. Maddow expressed her reaction to this report by stating that OAN "really literally is paid Russian propaganda."  Your letter claims that this statement is false and defamatory.  Your client, however, cannot state a valid legal claim for defamation.

Your letter acknowledges that Mr. Rouz writes for Sputnik — indeed, it makes clear that Mr. Rouz has written 1,300 articles for the outlet, which is nearly one article per day for the past four and a half years.  Importantly, your letter also does not dispute the fundamental fact that Sputnik is funded by the Russian government.  Nor could you. The United States intelligence community has determined that Sputnik played a key role in the Russian government's interference in the 2016 election and the Department of Justice ordered Sputnik's affiliated U.S. entities to formally register as foreign agents. Mr. Rouz's compensation for the more than one thousand articles he wrote for Sputnik was essentially paid for by the Russian government.

You also do not dispute that Mr. Rouz is employed by and writes for OAN. Indeed, you state that his job includes collecting and analyzing articles from other sources and writing articles for OAN based on those other sources.  OAN, therefore, publishes content collected or created by a journalist who is also paid by the Russian government for writing over a thousand articles.  Ms. Maddow's recounting of this arrangement is substantially true and therefore not actionable.

Ms. Maddow's statement about OAN is also a protected opinion based on disclosed facts. In her broadcast, she stated the facts acknowledged in your letter concerning Mr. Rouz's compensation by Sputnik and Sputnik's funding by the Russian government. She then expressed her view that the implication of these facts is that OAN "really literally is paid Russian propaganda." Merriam-Webster defines "literally" to mean "in effect" and states that it is "used in an exaggerated way to emphasize a statement or description that is not literally true or possible." Similarly, Oxford Dictionaries defines "literally" to mean "[u]sed for emphasis while not being literally true." Ms. Maddow's comment could not have been reasonably understood to mean that the Russian government made checks payable to OAN; indeed, she specifically noted who was paid by Sputnik. Use of the word "literally" here is the kind of figure of speech that connotes opinion and thus cannot give rise to a defamation claim. *See Cochran v. NYP Holdings*, 210 F.3d 1036, 1038 (9th Cir. 2000) (*per curiam*).

Your client, therefore, cannot assert a valid claim against The Rachel Maddow Show arising from the challenged statement. If you have any questions, or would like to further discuss this matter, please feel free to contact me at amy.wolf@nbcuni.com.

Best regards,

Amy Wolf
Counsel, NBCUniversal News Group

**EXHIBIT "D"**

# MILLER BARONDESS, LLP

ATTORNEYS AT LAW
1999 AVENUE OF THE STARS
SUITE 1000
LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400
FAX: (310) 552-8400
WWW.MILLERBARONDESS.COM

July 25, 2019

LOUIS R. MILLER
DIRECT DIAL: (310) 552-5251
SMILLER@MILLERBARONDESS.COM

*VIA CERTIFIED MAIL & EMAIL*

Rachel Maddow
The Rachel Maddow Show
Floor 4 West
30 Rockefeller Plaza
New York, NY 10112

     Re:   Notice to Retract Defamatory Statements Regarding One America News Network

Ms. Maddow:

     Please be advised that our firm has been retained by One America News Network ("OAN") concerning the July 22, 2019 episode of the Rachel Maddow Show, in which you maliciously slandered OAN. This letter serves as a demand that MSNBC, by and through yourself and/or otherwise, publicly correct your defamatory statements in accordance with California Civil Code § 48a.

     You falsely claimed—without a shred of evidence—that OAN "really literally is paid Russian propaganda." That is false. OAN has never received a single penny from the Russian government. The assertion that OAN is paid to disseminate propaganda on behalf of a foreign government is more than a mere falsehood—it amounts to an accusation of treason. Your comments were beyond the pale and unbecoming of a reporter at any respectable news organization.

     It also appears that the unwarranted attack on OAN was retaliation for OAN's suggestion that Comcast is refusing to carry it for non-business reasons. On July 15, 2019, Charles Herring emailed Gregory Rigdon, the President of Content Acquisition for Comcast. Herring made the compelling business case for adding OAN and also stated his concern that Comcast is refusing to carry OAN because OAN's coverage "generally counters the voice of MSNBC." Exactly one week after that email, MSNBC's number one show opens with a hit piece on OAN. This does not appear to be a mere coincidence. Tellingly, nobody at MSNBC or Comcast made any effort to reach out to OAN for comment prior to airing the defamatory statements.

## MILLER BARONDESS, LLP

Ms. Rachel Maddow
July 25, 2019
Page 2

Here are the facts:  OAN is an independent and family-owned media company focused on providing national and international news coverage.  OAN is solely owned and operated by Herring Networks, Inc., which in turn is wholly-owned by members of the Herring family.  The Herrings are a proud, dedicated and loyal American family.  They launched OAN on July 4, 2013, to deliver timely national and international news 24 hours a day.

OAN features political analysis programming, political talk shows, and special documentary-style reports.  In just a few years, OAN has become the fourth-highest rated national news network as measured by a leading cable provider and is greatly outperforming other emerging cable news networks.  The Herrings launched OAN on their own and with their own money.  They took no outside investment whatsoever and have never had any involvement with the Russian government.

The malicious claim that OAN is a Russian propaganda operation is vile, sensationalistic reporting.  You should immediately retract this defamatory statement.

Kristian Rouz, the young man whom you attacked, is employed by OAN as a news aggregator.  His job is to collect and analyze articles from other sources and write articles based on those sources.  He is paid by OAN—not the Russian government—for the content he creates for OAN.  Every article he writes goes through OAN's editorial process.  Mr. Rouz has never had decision-making authority with respect to the content that is aired on OAN.  His outside work for other media outlets has no relation to—or bearing on—his work for OAN.

In your zeal, we think you singled out Mr. Rouz because of his nationality and sought to malign him because he you though he is from Russia; in fact, he was born in the Ukraine.  If you had taken a minute to check Mr. Rouz out, you would have found that contrary to your false and discriminatory accusation, he is a hard-working, honest journalist trying to earn a living and support himself.  In that regard, I attach for your information a statement signed by Mr. Rouz and request that you check people out before you seek to destroy their livelihood.

The falsehoods you disseminated are even more problematic considering that the Daily Beast article on which your episode was based was authored by Kevin Poulsen, also known as "Dark Dante"—the first computer hacker ever to be charged with espionage against the United States government.  Rather than face the charges against him, Poulsen spent 17 months as a fugitive from the law before being arrested in 1991.

In 1995, Mr. Poulson pleaded guilty to seven counts of conspiracy, fraud, and intercepting wire communications.  He received the longest sentence ever for a computer hacker at that time.  United States law enforcement has referred to him as "the Hannibal Lecter of computer crime."  Of course, you made no mention of the shadowy source of the article in your

# MILLER BARONDESS, LLP

Ms. Rachel Maddow
July 25, 2019
Page 3

statements; instead, you made it seem like the story written by Mr. Poulsen came from a credible news source.

Your assertion that OAN is a Russian propaganda operation is utterly false and defamatory. Our client will not stand by and allow these lies to be disseminated.

We hereby demand that you:

1. Immediately cease and desist in publishing defamatory statements about our client, whether the statements are made by you or by third parties;

2. Issue a public retraction of the defamatory statements, making clear that OAN is not paid Russian propaganda;

This letter puts you on notice that should you refuse to comply with our demands by August 15, 2019, we will recommend that our client pursue all legal avenues to protect its interests, including damages and attorneys' fees and costs incurred as a result of your actions. We reserve all our rights and remedies.

Sincerely,

Louis R. Miller

LRM

cc: Kimberly D. Harris

## Statement on My Writing for Sputnik News

I am not a staff employee of Sputnik News, and have never been;

I have been writing articles for Sputnik about global economics and international finance;

I was free to choose the topics and angles for my articles according to my own views;

I have never written propaganda, disinformation, or unverified information;

I could write whenever I want, as many articles I want – but not exceeding 25 articles per month;

I had approximately 1300 articles over the past 4.5 years at roughly $40 per article, totaling at some $11,500 per year;

I wrote these articles to make ends meet and survive – as I had no family or friends in the U.S., and I was unemployed in this country for roughly 2 years.

Kristian Rouz, 7/23/2019