# EXHIBIT D

30 Rockefeller Plaza
New York, NY 10112

August 6, 2019

Via E-mail & Federal Express

**NBCUniversal**

Louis R. Miller
Miller Barondess, LLP
1999 Avenue of the Stars
Suite 1000
Los Angeles, California 90067
(310) 552-4400
smiller@millerbarondess.com

**Re:**   *The Rachel Maddow Show*

Dear Mr. Miller:

    I am writing in response to your July 25, 2019 letter concerning statements made about your client, One America News Network ("OAN"), on July 22, 2019 during The Rachel Maddow Show on MSNBC. While discussing an article published that same day by The Daily Beast concerning OAN reporter Kristian Rouz's simultaneous employment with the Russian government-funded outlet Sputnik, Ms. Maddow expressed her reaction to this report by stating that OAN "really literally is paid Russian propaganda." Your letter claims that this statement is false and defamatory. Your client, however, cannot state a valid legal claim for defamation.

    Your letter acknowledges that Mr. Rouz writes for Sputnik — indeed, it makes clear that Mr. Rouz has written 1,300 articles for the outlet, which is nearly one article per day for the past four and a half years. Importantly, your letter also does not dispute the fundamental fact that Sputnik is funded by the Russian government. Nor could you. The United States intelligence community has determined that Sputnik played a key role in the Russian government's interference in the 2016 election and the Department of Justice ordered Sputnik's affiliated U.S. entities to formally register as foreign agents. Mr. Rouz's compensation for the more than one thousand articles he wrote for Sputnik was essentially paid for by the Russian government.

    You also do not dispute that Mr. Rouz is employed by and writes for OAN. Indeed, you state that his job includes collecting and analyzing articles from other sources and writing articles for OAN based on those other sources. OAN, therefore, publishes content collected or created by a journalist who is also paid by the Russian government for writing over a thousand articles. Ms. Maddow's recounting of this arrangement is substantially true and therefore not actionable.

Ms. Maddow's statement about OAN is also a protected opinion based on disclosed facts. In her broadcast, she stated the facts acknowledged in your letter concerning Mr. Rouz's compensation by Sputnik and Sputnik's funding by the Russian government. She then expressed her view that the implication of these facts is that OAN "really literally is paid Russian propaganda." Merriam-Webster defines "literally" to mean "in effect" and states that it is "used in an exaggerated way to emphasize a statement or description that is not literally true or possible." Similarly, Oxford Dictionaries defines "literally" to mean "[u]sed for emphasis while not being literally true." Ms. Maddow's comment could not have been reasonably understood to mean that the Russian government made checks payable to OAN; indeed, she specifically noted who was paid by Sputnik. Use of the word "literally" here is the kind of figure of speech that connotes opinion and thus cannot give rise to a defamation claim. *See Cochran v. NYP Holdings*, 210 F.3d 1036, 1038 (9th Cir. 2000) (*per curiam*).

Your client, therefore, cannot assert a valid claim against The Rachel Maddow Show arising from the challenged statement. If you have any questions, or would like to further discuss this matter, please feel free to contact me at amy.wolf@nbcuni.com.

Best regards,

Amy Wolf
Counsel, NBCUniversal News Group