1  LOUIS R. MILLER (State Bar No. 54141)
   smiller@millerbarondess.com
2  AMNON Z. SIEGEL (State Bar No. 234981)
   asiegel@millerbarondess.com
3  MILLER BARONDESS, LLP
   1999 Avenue of the Stars, Suite 1000
4  Los Angeles, California 90067
   Telephone:  (310) 552-4400
5  Facsimile:   (310) 552-8400

6  Attorneys for Plaintiff Herring Networks, Inc.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERRING NETWORKS, INC., | **CASE NO. 19CV1713 JAH BGS** |
| Plaintiff, | |
| v. | **PLAINTIFF HERRING NETWORKS, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |
| RACHEL MADDOW; COMCAST CORPORATION; NBCUNIVERSAL MEDIA, LLC; and MSNBC CABLE L.L.C., | |
| Defendants. | |

437519.1

Case No. 19CV1713 JAH BGS

PLAINTIFF HERRING NETWORK, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST

Pursuant to Civil Local Rule 40.2, counsel of record for Plaintiff Herring Networks, Inc. certifies that the following listed parties may have a financial interest in the outcome of the case:

- Herring Networks, Inc.
- Rachel Maddow
- Comcast Corporation
- NBCUniversal Media, LLC
- MSNBC Cable, L.L.C.

DATED:  September 9, 2019          MILLER BARONDESS, LLP

By: */s/ Amnon Z. Siegel*
   AMNON Z. SIEGEL
   Attorneys for Plaintiff