LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
AMNON Z. SIEGEL (State Bar No. 234981)
asiegel@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:   (310) 552-4400
Facsimile:    (310) 552-8400

Attorneys for Plaintiff Herring Networks, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERRING NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RACHEL MADDOW; COMCAST CORPORATION; NBCUNIVERSAL MEDIA, LLC; and MSNBC CABLE L.L.C., <br><br> Defendants. | **CASE NO. 19CV1713 JAH BGS** <br><br> **CORPORATE DISCLOSURE STATEMENT FOR PLAINTIFF HERRING NETWORKS, INC.** |

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of
2 record for Plaintiff Herring Networks, Inc. certifies based on current knowledge the following:
3  Plaintiff Herring Networks, Inc. has no parent corporation and no publicly held corporation
4 owns 10% or more of its stock.

6 DATED:  September 9, 2019        MILLER BARONDESS, LLP

9                              By:    */s/ Amnon Z. Siegel*
10                                    AMNON Z. SIEGEL
                                      Attorneys for Plaintiff