| Attorney or Party without Attorney:<br>MILLER BARONDESS, LLP<br>LOUIS R. MILLER (State Bar No. 54141)<br>1999 Avenue of the Stars, Suite 1000<br>Los Angeles, California 90067<br>Telephone No: 310-552-4400<br>Attorney For: Plaintiff | | | | For Court Use Only |
|---|---|---|---|---|
| Ref. No. or File No.: | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: HERRING NETWORKS, INC.<br>Defendant: RACHEL MADDOW; et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:19-cv-01713-JAH-BGS |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Complaint

3. a. Party served:    MSNBC CABLE L.L.C.
   b. Person served:   Patricia Tapales, Enterprise Corporate Services, LLC, Registered Agent
                       Served under F.R.C.P. Rule 4.

4. Address where the party was served:   1201 N Market St, Suite 1000, Wilmington, DE 19801

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Sep 12 2019 (2) at: 01:40 PM

6. **Person Who Served Papers:**
   a. Frank Joyce
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was:

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                          09/13/2019
                                          (Date)                (Signature)



PROOF OF SERVICE

3758923
(4118307)