| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| MILLER BARONDESS, LLP<br>LOUIS R. MILLER (State Bar No. 54141)<br>1999 Avenue of the Stars, Suite 1000<br>Los Angeles, California 90067<br>Telephone No: 310-552-4400<br>Attorney For: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: HERRING NETWORKS, INC.<br>Defendant: RACHEL MADDOW; et al. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>19CV1713 JAH BGS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Complaint

3. a. Party served: COMCAST CORPORATION
   b. Person served: Stefoni Murphy, Staff Support, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 600 N 2nd St Suite 401, Harrisburg, PA 17101

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Sep 12 2019 (2) at: 10:25 AM

6. **Person Who Served Papers:**
   a. Richard Kreitzer
   b. FIRST LEGAL
   1517 W. Beverly Blvd.
   LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. The Fee for Service was: $295.75

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

09/12/2019
(Date)

(Signature)

PROOF OF SERVICE

3758983
(4118281)