UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE BERNARD G. SKOMAL TO MAGISTRATE JUDGE ALLISON H. GODDARD** | **TRANSFER ORDER** |

**IT IS HEREBY ORDERED** that the following listed cases are transferred from the calendar of the Honorable Bernard G. Skomal to the calendar of the Honorable Allison H. Goddard for all further proceedings. All pending dates including discovery deadlines, hearings, and conferences before Judge Skomal, if any, remain unchanged until further order and are now **SET** before Judge Goddard. Any dates set before any district judge remain unchanged.

1. 17cv491 BAS (BGS)      *Cancino Castellar v. Nielsen*
2. 18cv2643 WQH (BGS)   *Raya v. Calbiotech*
3. 19cv468 LAB (BGS)      *Williams v. Rucker*
4. 19cv534 AJB (BGS)      *Davis v. City of National City*
5. 19cv631 L (BGS)           *County of San Diego v. Nielsen*
6. 19cv650 BAS (BGS)      *Strojnik v. Torrey Pines Club Corporation*

7.  19cv1427 LAB (BGS)  *Jackson v. Napolitano*

8.  19cv1589 LAB (BGS)  *Celgene Corporation v. Hetero Labs Limited*

9.  19cv1710 H (BGS)  *Fish v. C.R. Bard Incorporated*

10. 19cv1713 BAS (BGS)  *Herring Networks, Inc. v. Maddow*

11. 19cv1778 H (BGS)  *Goldstein v. General Motors LLC*

**IT IS SO ORDERED.**

Dated:  September 18, 2019

_____
Hon. Bernard G. Skomal
United States Magistrate Judge