| Attorney or Party without Attorney:<br>MILLER BARONDESS, LLP<br>AMNON Z. SIEGEL (State Bar No. 234981)<br>1999 Avenue of the Stars, Suite 1000<br>Los Angeles, California 90067<br>Telephone No: 310-552-4400<br>Attorney For: Plaintiff | Ref. No. or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: HERRING NETWORKS, INC.,<br>Defendant: RACHEL MADDOW; et al. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:19-cv-01713-JAH-BGS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Complaint

3. a. Party served: RACHEL MADDOW
   b. Person served: "John Doe", Security Guard

4. Address where the party was served: 30 Rockerfeller Plaza, Studio 3-A, New York, NY 10112

5. I served the party:
   a. by substituted service. On: Fri, Sep 20 2019 at: 01:34 PM by leaving the copies with or in the presence of:
   "John Doe", Security Guard (Age: 35; Ethnicity: Hispanic; Gender: Male; Weight: 175; Height: 5'10"; Hair: Black)

   (1) ☐ (Residence or Usual Place of Abode) a person of suitable age and discretion who resides there.
   (2) ☒ (Company) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) ☒ (Declaration of Mailing) is attached.
   (4) ☒ (Declaration of Diligence) attached stating actions taken first to attempt personal service.



PROOF OF SERVICE

3789461
(4127958)
Page 1 of 2

| Attorney or Party without Attorney: <br> MILLER BARONDESS, LLP <br> AMNON Z. SIEGEL (State Bar No. 234981) <br> 1999 Avenue of the Stars, Suite 1000 <br> Los Angeles, California 90067 <br> Telephone No: 310-552-4400 <br> Attorney For: Plaintiff | | Ref. No. or File No.: | | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: HERRING NETWORKS, INC., <br> Defendant: RACHEL MADDOW; et al. | | | | |
| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 3:19-cv-01713-JAH-BGS |

6. *Person Who Served Papers:*
   a. Marwan M. Elgizawy
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee for Service was:* $295.75

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

       09/23/2019
       (Date)                              (Signature)



PROOF OF SERVICE

3789461
(4127958)
Page 2 of 2

| Attorney or Party without Attorney:<br>MILLER BARONDESS, LLP<br>AMNON Z. SIEGEL (State Bar No. 234981)<br>1999 Avenue of the Stars, Suite 1000<br>Los Angeles, California 90067<br>Telephone No: 310-552-4400 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney For: Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: HERRING NETWORKS, INC.,<br>Defendant: RACHEL MADDOW; et al. | | | | |
| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:19-cv-01713-JAH-BGS |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action, Complaint

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:
   a. Date of Mailing: Fri, Sep 20, 2019
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: RACHEL MADDOW
                                 30 Rockerfeller Plaza, Studio 3-A, New York, NY 10112

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri, Sep 20, 2019 in the ordinary course of business.

5. Person Serving:
   a. THOMAS TILCOCK             d. The Fee for Service was: $295.75
   b. FIRST LEGAL
       1517 W. Beverly Boulevard
       LOS ANGELES, CA 90026
   c. (213) 250-1111

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                         09/23/2019
                                                         (Date)                                   (Signature)



| | | For Court Use Only |
|---|---|---|
| *Attorney or Party without Attorney:*<br>MILLER BARONDESS, LLP<br>AMNON Z. SIEGEL (State Bar No. 234981)<br>1999 Avenue of the Stars, Suite 1000<br>Los Angeles, California 90067<br>  *Telephone No:* 310-552-4400<br>  *Attorney For:* Plaintiff     *Ref. No. or File No.:* | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | | |
| *Plaintiff* HERRING NETWORKS, INC.,<br>*Defendant:* RACHEL MADDOW; et al. | | |
| AFFIDAVIT OF DUE DILIGENCE | *Hearing Date:* *Time:* *Dept/Div:* | *Case Number:*<br>3:19-cv-01713-JAH-BGS |

1. I, Thomas Bobe, and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject RACHEL MADDOW as follows:

2. *Documents:* Summons in a Civil Action, Complaint

**Attempt Detail**

1) Unsuccessful Attempt by: Thomas Bobe on: Sep 17, 2019, 4:58 pm EDT at 30 Rockerfeller Plaza Studio 3-A, New York, NY 10112
No answer at legal department.

2) Unsuccessful Attempt by: Thomas Bobe on: Sep 18, 2019, 11:08 am EDT at 30 Rockerfeller Plaza Studio 3-A, New York, NY 10112
No one from the legal department came down. Unable to serve.

3) Unsuccessful Attempt by: Thomas Bobe on: Sep 19, 2019, 11:24 am EDT at 30 Rockerfeller Plaza Studio 3-A, New York, NY 10112
Per legal department, they are unable to accept documents for any individuals.

Recoverable cost Per CCP 1033.5(a)(4)(B)

3. *Person Who Served Papers:*
   a. Thomas Bobe
      DCA Lic. No. 2022015
      PM Legal, LLC
      75 Maiden Lane 11th Floor
      New York, NY 10038

   d. *The Fee for Service was:* $591.51
   e. I am: Not A Registered California Process Server

   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

4. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

09/23/2019
(Date)                                (Signature)