SCOTT A. EDELMAN, SBN 116927
  sedelman@gibsondunn.com
THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
NATHANIEL L. BACH, SBN 246518
  nbach@gibsondunn.com
MARISSA B. MOSHELL, SBN 319734
  mmoshell@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendants Rachel Maddow, Comcast Corporation, NBCUniversal Media, LLC, and MSNBC Cable L.L.C.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERRING NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RACHEL MADDOW; COMCAST CORPORATION; NBCUNIVERSAL MEDIA, LLC; and MSNBC CABLE L.L.C., <br><br> Defendants. | CASE NO. 19-cv-1713-BAS-AHG <br><br> **JOINT MOTION AND STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> Action Filed: September 9, 2019 <br><br> Judge: Hon. Cynthia Bashant |

TO THE COURT AND THE CLERK OF COURT, PLEASE TAKE NOTICE THAT Plaintiff Herring Networks, Inc. ("Plaintiff") and Defendants Rachel Maddow, Comcast Corporation, NBCUniversal Media, LLC, and MSNBC Cable L.L.C. ("Defendants") (together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its Complaint (Dkt. 1) in the above-captioned action on September 9, 2019;

WHEREAS, Defendants Comcast Corporation, NBCUniversal Media, LLC, and MSNBC Cable L.L.C. were served with the Complaint on September 12, 2019;

WHEREAS, Defendant Rachel Maddow was served with the Complaint on September 20, 2019;

WHEREAS, the Parties have stipulated to an extension of the deadline for all Defendants to answer, move, or otherwise respond to the Complaint up to and including October 21, 2019;

WHEREAS, the Parties have agreed to meet and confer pursuant to Rule 4.A. of this Court's Standing Order for Civil Cases by October 8, 2019 regarding any motions Defendants intend to bring in response to the Complaint;

WHEREAS, Defendants reserve all rights and defenses and waive none;

WHEREAS, Local Civil Rule 7.2(b) permits the Parties to file this Stipulation as a joint motion;

WHEREAS, the stipulated extension would not affect any current deadlines already fixed by the Court;

NOW THEREFORE, the Parties hereby stipulate that Defendants shall have up to and including October 21, 2019, to answer, move, or otherwise respond to the Complaint.

\*   \*   \*

**IT IS SO STIPULATED.**

DATED: October 2, 2019                    GIBSON, DUNN & CRUTCHER LLP


By: /s/ *Scott A. Edelman*
      Scott A. Edelman


Attorneys for Defendants Rachel Maddow, Comcast Corporation, NBCUniversal Media, LLC, and MSNBC Cable L.L.C.

DATED: October 2, 2019                    MILLER BARONDESS, LLP
                                               Louis R. Miller
                                               Amnon Z. Siegel


By: /s/ *Amnon Z. Siegel*
      Amnon Z. Siegel


Attorneys for Plaintiff Herring Networks, Inc.