SCOTT A. EDELMAN, SBN 116927
  sedelman@gibsondunn.com
THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
NATHANIEL L. BACH, SBN 246518
  nbach@gibsondunn.com
MARISSA B. MOSHELL, SBN 319734
  mmoshell@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:   213.229.7520

Attorneys for Defendants Rachel Maddow, Comcast Corporation, NBCUniversal Media, LLC, and MSNBC Cable L.L.C.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERRING NETWORKS, INC., <br><br>          Plaintiff, <br><br>     v. <br><br> RACHEL MADDOW; COMCAST CORPORATION; NBCUNIVERSAL MEDIA, LLC; and MSNBC CABLE L.L.C., <br><br>          Defendants. | CASE NO. 19-cv-1713-BAS-AHG <br><br> **DEFENDANTS' NOTICE OF PARTIES WITH FINANCIAL INTEREST** <br><br> Action Filed:  September 9, 2019 <br><br> Judge:  Hon. Cynthia Bashant |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 40.2, counsel of record for Defendants Rachel Maddow, Comcast Corporation, NBCUniversal Media, LLC, and MSNBC Cable L.L.C. ("Defendants") certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Defendant Comcast Corporation is a Pennsylvania publicly held corporation with no parent corporation. No publicly held corporation owns 10% or more of Comcast Corporation's stock.

Defendant NBCUniversal Media, LLC is indirectly owned by Comcast Corporation, which is publicly held. No other publicly held corporation owns 10% or more of the stock of NBCUniversal Media, LLC.

Defendant MSNBC Cable L.L.C. is indirectly owned by Comcast Corporation, which is publicly held. No other publicly held corporation owns 10% or more of the stock of MSNBC Cable L.L.C.

Defendants make these disclosures on behalf of themselves and no other party.

DATED: October 2, 2019                GIBSON, DUNN & CRUTCHER LLP


                                      By: /s/ *Scott A. Edelman*
                                          Scott A. Edelman

                                      Attorneys for Defendants Rachel Maddow, Comcast Corporation, NBCUniversal Media, LLC, and MSNBC Cable L.L.C.