1  THEODORE J. BOUTROUS JR., SBN 132099
    tboutrous@gibsondunn.com
2  THEANE EVANGELIS, SBN 243570
    tevangelis@gibsondunn.com
3  NATHANIEL L. BACH, SBN 246518
    nbach@gibsondunn.com
4  MARISSA B. MOSHELL, SBN 319734
    mmoshell@gibsondunn.com
5  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
6  Los Angeles, CA  90071-3197
   Telephone:  213.229.7000
7  Facsimile:   213.229.7520

8  SCOTT A. EDELMAN, SBN 116927
    sedelman@gibsondunn.com
9  GIBSON, DUNN & CRUTCHER LLP
   2029 Century Park East, Suite 4000
10 Los Angeles, CA  90067-3026
   Telephone:  310.552.8500
11 Facsimile:   310.551.8741

12 Attorneys for Defendants Rachel Maddow,
   MSNBC Cable L.L.C., NBCUniversal Media,
13 LLC, and Comcast Corporation

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERRING NETWORKS, INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>RACHEL MADDOW; COMCAST CORPORATION; NBCUNIVERSAL MEDIA, LLC; and MSNBC CABLE L.L.C.,<br><br>       Defendants. | CASE NO. 19-cv-1713-BAS-AHG<br><br>**DEFENDANTS' NOTICE OF LODGING IN SUPPORT OF THEIR SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT (CAL. CIV. PROC. CODE § 425.16)**<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY COURT**<br><br>Action Filed: September 9, 2019<br><br>Judge: Hon. Cynthia Bashant<br><br>Courtroom 4B<br><br>Hearing Date: December 16, 2019 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendants Rachel Maddow, MSNBC Cable L.L.C., NBCUniversal Media, LLC, and Comcast Corporation ("Defendants") hereby lodge the following item with the Court in support of Defendants' contemporaneously filed Special Motion to Strike Plaintiff's Complaint:

- A DVD containing a video file with the July 22, 2019 segment from *The Rachel Maddow Show* (MSNBC) entitled "Staffer on Trump-favored Network Is on Propaganda Kremlin Payroll," which is attached hereto as Exhibit 1.  The segment is also available here: https://www.msnbc.com/rachel-maddow/watch/staffer-on-trump-favored-network-is-on-propaganda-kremlin-payroll-64332869743.

DATED:  October 21, 2019

        Respectfully Submitted,

        GIBSON, DUNN & CRUTCHER LLP


        By:  /s/ *Theodore J. Boutrous Jr.*
            Theodore J. Boutrous Jr.

        Attorneys for Defendants