# EXHIBIT A
# (Personal Information Redacted)

Tuesday, July 30, 2019 at 9:28:36 AM Pacific Daylight Time

**Subject:** One America News Network Contact Form
**Date:** Monday, July 22, 2019 at 7:55:19 PM Pacific Daylight Time
**From:** Word Press
**To:** Contact

To:
One America News Network

Name:

Email:

City:
Kettering

State/Province/Region:
Ohio

Zip/Postal Code:

Age:
35-49

Sex:
Male

Service Provider:
DIRECTV

Income:
Prefer not to disclose.

Message:
You are a propaganda tool for Russian oligarchs. True justice would be for everyone at OANN to be sent to the Russian gulag for 20 years.

Akismet Spam Check: passed
Sent from (ip address):

Date/Time: July 22, 2019 7:55 pm
Coming from (referer): https://www.oann.com/contact/
Using (user agent): Mozilla/5.0 (Macintosh; Intel Mac OS X 10_12_6) AppleWebKit/603.3.8 (KHTML, like Gecko) Version/10.1.2 Safari/603.3.8