LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
AMNON Z. SIEGEL (State Bar No. 234981)
asiegel@millerbarondess.com
COLIN H. ROLFS (State Bar No. 280654)
crolfs@millerbarondess.com
JUSTIN P. MCCARTHY (State Bar No. 317169)
jmccarthy@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone:  (310) 552-4400
Facsimile:  (310) 552-8400

Attorneys for Plaintiff Herring Networks, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERRING NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RACHEL MADDOW; COMCAST CORPORATION; NBC UNIVERSAL MEDIA, LLC; AND MSNBC CABLE LLC. <br><br> Defendants. | **CASE NO. 3:19-cv-01713-BAS-BGS** <br><br> Assigned for All Purposes to: <br> Hon. Cynthia Bashant <br><br> **DECLARATION OF PROFESSOR STEFAN TH. GRIES IN SUPPORT OF HERRING NETWORK INC'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE** <br><br> *[Filed Concurrently with Opposition; Declaration of Charles Herring; and Declaration of Amnon Z. Siegel]* <br><br> Action Filed:  September 9, 2019 <br> Hearing Date: December 16, 2019 <br> Trial Date:  None |

444502.1                                                                1                                                  Case No. 3:19-cv-01713-BAS-BGS

DECLARATION OF PROFESSOR STEFAN TH. GRIES IN SUPPORT OF HERRING NETWORK INC'S
OPPOSITION TO DEFENDANTS' MOTION TO STRIKE

# DECLARATION OF PROFESSOR STEFAN TH. GRIES

I, Professor Stefan Th. Gries, declare as follows:

1. I have been retained by Plaintiff Herring Networks, Inc. ("Plaintiff") to provide an expert opinion. If called as a witness, I could and would competently testify to the matters stated herein.

2. I am a tenured Professor of Linguistics at the University of California, Santa Barbara. I am also Chair of English Linguistics at Justus-Liebig-Universität Giessen (the University of Giessen), a large public research university in Germany.

3. I have authored more than 200 publications and other written contributions in the area of corpus linguistics (which is the study of language samples of real world text) and statistical methods in linguistics in many of the leading journals of my field. I am the general editor and co-founder of the journal *Corpus Linguistics and Linguistic Theory*. I am also the co-editor of the *Journal of Research Design and Statistics in Linguistics and Communication*.

4. I am the second most widely-cited cognitive linguist and sixth most widely-cited living corpus linguist. The field of cognitive linguistics draws from both linguistics and psychology and studies how language interacts with cognition.

5. A true and correct copy of my Curriculum Vitae is attached hereto as **Exhibit A**.

6. I have reviewed the July 22, 2019 segment of The Rachel Maddow Show concerning One America News Network, as well as certain other segments of The Rachel Maddow Show and the Complaint and Motion to Strike filed in this matter.

7. Based upon my review, I have prepared a report containing my analysis and conclusions, which is attached hereto as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this _1_ day of December, 2019, at Los Angeles, California.

_____
Professor Stefan Th. Gries