LOUIS R. MILLER (State Bar No. 54141)
smiller@millerbarondess.com
AMNON Z. SIEGEL (State Bar No. 234981)
asiegel@millerbarondess.com
COLIN H. ROLFS (State Bar No. 280654)
crolfs@millerbarondess.com
JUSTIN P. MCCARTHY (State Bar No. 317169)
jmccarthy@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Plaintiff Herring Networks, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| HERRING NETWORKS, INC., | CASE NO. 3:19-cv-01713-BAS-BGS |
|---|---|
| Plaintiff, | Assigned for All Purposes to: Hon. Cynthia Bashant |
| v. | **DECLARATION OF AMNON Z. SIEGEL IN SUPPORT OF PLAINTIFF HERRING NETWORK INC.'S OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE** |
| RACHEL MADDOW; COMCAST CORPORATION; NBC UNIVERSAL MEDIA, LLC; AND MSNBC CABLE LLC. | |
| Defendants. | *[Filed Concurrently with Opposition; Declaration of Charles Herring and Declaration of Professor Stefan Th. Gries]* |
| | Action Filed: September 9, 2019<br>Hearing Date: December 16, 2019<br>Trial Date: None |

444499.1

Case No. 3:19-cv-01713-BAS-BGS

DECLARATION OF AMNON Z. SIEGEL IN SUPPORT OF PLAINTIFF HERRING NETWORK INC.'S
OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE

# DECLARATION OF AMNON Z. SIEGEL

I, Amnon Z. Siegel, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Miller Barondess, LLP, counsel of record for Plaintiff Herring Networks, Inc. ("Herring"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to all of said facts. I make this declaration in support of Herring's Opposition to Defendants' Special Motion to Strike.

**Rachel Maddow's Use of the Word "Literally"**

2. Attached hereto as **Exhibits A-D** are true and correct copies of excerpts from transcripts of The Rachel Maddow Show reflecting Rachel Maddow's ("Maddow") use of the word "literally."

*The New York Times Magazine* **Article**

3. Attached hereto as **Exhibit E** is a true and correct copy of an article from the October 1, 2019 edition of *The New York Times Magazine* entitled, "This Is the Moment Rachel Maddow Has Been Waiting For."

**Discovery Should Be Permitted**

4. If the Court disagrees that Herring has made a prima facie showing for its defamation claim, Herring would seek discovery regarding the context of Rachel Maddow's statement that OAN "really literally is paid Russian propaganda," including discovery into the journalistic practices of The Rachel Maddow Show and how viewers reasonably understood her statement.

5. The parties have not yet engaged in a discovery conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and Defendants' counsel has repeatedly declined my request to initiate a conference pursuant to Rule 26(f). Accordingly, no discovery has taken place in this action.

6. If Plaintiff is able to take discovery, it would seek documents, other written discovery, and deposition testimony from the Defendants concerning:

- The journalistic practices of The Rachel Maddow Show, including any documents and communications reflecting any investigation conducted in connection with the July 22, 2019 segment concerning One America News Network (the "Segment");

- How Maddow's viewers understood her Segment, including any documents and communications Defendants received from viewers in response to the Segment;

- Any documents or communications relating to Defendants' contention that The Rachel Maddow Show is "opinion- or commentary-focused media," as alleged in the Motion to Strike. (Dkt. No. 18-1 ("Mem") at 12:15-16.)

- Any documents or communications supporting or contradicting Defendants' contention that viewers of The Rachel Maddow Show "anticipate efforts by the parties to persuade others to their position by use of epithets, fiery rhetoric, or hyperbole," as alleged in the Motion to Strike. (Mem at 13:3-4.)

7.   The facts resulting from such discovery would relate to the elements of Herring's claim and the merits of Defendants' Motion to Strike. Among other things, Herring expects that such discovery will reveal that, contrary to the claims made in Defendants' Motion to Strike, The Rachel Maddow Show aims to produce *factual* content, not opinion-based commentary. Moreover, Plaintiff expects that such discovery will reveal that when Maddow told her viewers that OAN "really literally is paid Russian propaganda," her audience believed that statement to be a fact.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 1st day of December, 2019, at Los Angeles, California.

_____
Amnon Z. Siegel

**INDEX OF EXHIBITS TO THE DECLARATION OF AMNON Z. SIEGEL**

| Exhibit No. | Description | Pg. No. |
|---|---|---|
| A. | September 11, 2019 MSNBC Rachel Maddow Transcript - "Democratic debate kicks off tomorrow" | 4-7 |
| B. | September 4, 2019 MSNBC Rachel Maddow Transcript – "Britain faces October 31st Brexit deadline" | 8-10 |
| C. | September 6, 2019 MSNBC Rachel Maddow Transcript – "Trump holds up Ukraine military aid" | 11-14 |
| D. | September 5, 2019 MSNBC Rachel Maddow Transcript – "Dorian moving North along Eastern Seaboard" | 15-17 |
| E. | October 2, 2019 New York Times Article – "This Is the Moment Rachel Maddow Has Been Waiting For" | 18-25 |

444499.1

3

Case No. 3:19-cv-01713-BAS-BGS

DECLARATION OF AMNON Z. SIEGEL IN SUPPORT OF PLAINTIFF HERRING NETWORK INC.'S OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE