# EXHIBIT A

 **MSNBC**

**Rachel Maddow Transcripts / Rachel Maddow**

# Democratic debate kicks off tomorrow. TRANSCRIPT: 9/11/19, The Rachel Maddow Show.

09/11/19 09:00 PM

**Guests:**

Maria Isabel Bueso

**Transcript:**

MEGAN TWOHEY, INVESTIGATIVE REPORTER, The NEW YORK TIMES:  We certainly had

no idea what the impact would be.  At "The New York Times", all we know in

2017 is that we were committed to reporting on sexual harassment across a

variety of industries, from the restaurant industry, to Silicon Valley, to

Hollywood, to auto plants.

And our hope, obviously, was they would help bring about change.

ALI VELSH, MSNBC HOST:  Yes.

TWOHEY:  But we couldn`t be sure what was going to have what impact.

VELSHI:  It was the tip of the spear.

Thank you for not only your remarkable reporting, but for this book that

tells us about how it all went down.  Megan Twohey, Jodi Kantor.

And that`s it for ALL IN this evening.

"THE RACHEL MADDOW SHOW" starts right now.

Trump has shed his third national security advisor.

There is certainly no sign yet of who else might come in as Trump`s next national security advisor.  Amid speculation now that maybe President Trump will decide he doesn`t want anyone in that job.  I mean, the national security advisor`s job is to coordinate the whole policy process in the White House when it comes to national security and foreign policy.  They coordinate the whole policy process in the various parts of the White House and the Security Council among various government agencies.

The whole idea is that somebody is running that deliberative process to give the president the best most comprehensive information, right, to make sure that the deliberative process about policy in any presidential administration is very well-informed and very responsible and is full of, you know, subject matter expertise that you`re getting from the most – that is not exactly the tune this presidency has danced to thus far. That`s not exactly how they work.

And if you think about it – I mean, honestly, if you don`t have a policy process anymore, if the policy process is president want, president get, I mean, if that`s it why bother having someone nominally in charge of the policy process?  Why bother?

Also, it`s the anniversary of the 9/11 attacks.

Meanwhile, today the Trump administration tried to push through one of the most controversial judicial nominee`s of Trump`s time in office.  They

literally nominated him to the job two days ago and then, boom, held his

confirmation hearing today. Get it done quick, get it don e before people

know it`s happening.


That strategy may not be working.


(BEGIN VIDEO CLIP)


STEVEN MENASHI, JUDICIAL NOMINEE:  After having a dispute with the partners

–


(CHANTING)


(END VIDEO CLIP)


MADDOW:  As evidenced by the fact that it was actually hard to hear some of

that nominee`s opening statement today because people found out that

hearing was happening and there were loud protesters against him just

outside the hearing room door.


When the White House first signaled they were going to nominate Steven

Menashi to a federal appeals court job, to a lifetime appointment to a

court just one level below the Supreme Court, everybody knew it was going

to be controversial.  This is somebody who is reportedly part of the

immigration working group in the Trump White House that`s led by Stephen

Miller.  He has been coming up with their immigration policies.