# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERRING NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RACHEL MADDOW, *et al.*, <br><br> Defendants. | Case No. 19-cv-1713-BAS-AHG <br><br> **ORDER SETTING ORAL ARGUMENT** <br><br> **[ECF No. 18]** |

The Court **ORDERS** the parties to appear on March 13, 2020 at 9:30 a.m. in Courtroom 4B for oral argument. The parties should be prepared to discuss Defendants' Special Motion to Strike, (ECF No. 18).

**IT IS SO ORDERED.**

DATED: February 27, 2020

Hon. Cynthia Bashant
United States District Judge