1  LOUIS R. MILLER (State Bar No. 54141)
   smiller@millerbarondess.com
2  AMNON Z. SIEGEL (State Bar No. 234981)
   asiegel@millerbarondess.com
3  MILLER BARONDESS, LLP
   1999 Avenue of the Stars, Suite 1000
4  Los Angeles, California 90067
   Telephone:   (310) 552-4400
5  Facsimile:   (310) 552-8400

6  Attorneys for Plaintiff Herring Networks, Inc.

7  THEODORE J. BOUTROUS JR., SBN 132099
   tboutrous@gibsondunn.com
8  THEANE EVANGELIS, SBN 243570
   tevangelis@gibsondunn.com
9  NATHANIEL L. BACH, SBN 246518
   nbach@gibsondunn.com
10 MARISSA B. MOSHELL, SBN 319734
   mmoshell@gibsondunn.com
11 GIBSON, DUNN & CRUTCHER LLP
12 333 South Grand Avenue
   Los Angeles, CA 90071-3197
13 Telephone: 213.229.7000
14 Facsimile: 213.229.7520

15 SCOTT A. EDELMAN, SBN 116927
   sedelman@gibsondunn.com
16 GIBSON, DUNN & CRUTCHER LLP
   2029 Century Park East, Suite 4000
17 Los Angeles, CA 90067-3026
   Telephone: 310.552.8500
18 Facsimile: 310.551.8741

19
   Attorneys for Defendants Rachel Maddow,
20 MSNBC Cable L.L.C., NBCUniversal Media,
   LLC, and Comcast Corporation

21

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HERRING NETWORKS, INC., | **CASE NO. 3:19-cv-01713-BAS-AHG** |
| Plaintiff, | **JOINT MOTION AND STIPULATION TO RESCHEDULE ORAL ARGUMENT** |
| v. | Judge:  Hon. Cynthia Bashant |
| RACHEL MADDOW; COMCAST CORPORATION; NBC UNIVERSAL MEDIA, LLC; AND MSNBC CABLE LLC. | Action Filed:       September 9, 2019<br>Trial Date:           None |
| Defendants. | |

453600.1                                            Case No. 3:19-cv-01713-BAS-AHG

JOINT MOTION AND STIPULATION TO RESCHEDULE ORAL ARGUMENT

1  TO THE COURT AND THE CLERK OF COURT, PLEASE TAKE NOTICE THAT
2 Plaintiff Herring Networks, Inc. ("Plaintiff") and Defendants Rachel Maddow, Comcast
3 Corporation, NBCUniversal Media, LLC, and MSNBC Cable L.L.C. ("Defendants") (together
4 with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate
5 and agree as follows:

6  WHEREAS, the Court issued an Order Setting Oral Argument in the above-captioned
7 matter on March 13, 2020;

8  WHEREAS, counsel for the Plaintiff is unavailable on March 13, 2020;

9  WHEREAS, counsel for the Parties have met and conferred and are available on March 27,
10 2020 for oral argument;

11  NOW THEREFORE, the Parties hereby stipulate and request that, subject to the Court's
12 availability, oral argument on Defendants' Special Motion to Strike (ECF No. 18) be held on
13 March 27, 2020 at 9:30 a.m.

14  **IT IS SO STIPULATED.**

15 DATED: February 27, 2020          MILLER BARONDESS, LLP

17                                   By:    */s/ Amnon Z. Siegel*
18                                        AMNON Z. SIEGEL
                                          Attorneys for Plaintiff Herring Networks, Inc.

21 DATED: February 27, 2020          GIBSON, DUNN & CRUTCHER LLP

23                                   By:    */s/ Theodore J. Boutrous, Jr.*
24                                        THEODORE J. BOUTROUS, JR.
                                          Attorneys for Defendants
25                                        Ranchel Maddow, Comcast Corporation, NBC
                                          Universal Media, LLC and MSNBC Cable, LLC

**SIGNATURE ATTESTATION**

The other signatories listed concur in the filing's content and have authorized the filing.

DATED: February 27, 2020     MILLER BARONDESS, LLP

By:  */s/ Amnon Z. Siegel*
       AMNON Z. SIEGEL
       Attorneys for Plaintiff Herring Networks, Inc.