# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERRING NETWORKS, INC., <br><br>        Plaintiff, <br><br> v. <br><br> RACHEL MADDOW, *et al.*, <br><br>        Defendants. | Case No. 19-cv-1713-BAS-AHG <br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE ORAL ARGUMENT** <br><br> **[ECF No. 24]** |

The Court set oral argument on Defendants' Special Motion to Strike, (ECF No. 18) for March 13, 2020. (ECF No. 23.) The parties jointly moved to continue oral argument because Plaintiff's counsel is unavailable on March 13, and the parties stipulated to continue the hearing to March 27. (ECF No. 24.) The Court is unavailable on this date but has conferred with the parties regarding another mutually-agreeable time. The Court **GRANTS** the Joint Motion and **CONTINUES** oral argument to March 26, 2020 at 10:00 a.m.

IT IS SO ORDERED.

**DATED: February 28, 2020**

Hon. Cynthia Bashant
United States District Judge

– 1 –