# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERRING NETWORKS, INC., | Case No. 19-cv-1713-BAS-AHG |
| Plaintiff, | **ORDER CONTINUING ORAL ARGUMENT** |
| v. | **[ECF No. 24]** |
| RACHEL MADDOW, *et al.*, | |
| Defendants. | |

The Court set oral argument on Defendants' Special Motion to Strike, (ECF No. 18) for March 26, 2020.  (ECF No. 23.)  As a result of the COVID-19 virus outbreak, the Court **CONTINUES** oral argument to May 19, 2020 at 10:30 a.m.

**IT IS SO ORDERED.**

**DATED: March 16, 2020**

Hon. Cynthia Bashant
United States District Judge