# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERRING NETWORKS, INC., | Case No. 19-cv-1713-BAS-AHG |
| Plaintiff, | **ORDER CONVERTING ORAL ARGUMENT TO TELEPHONIC HEARING** |
| v. | |
| RACHEL MADDOW, *et al.*, | |
| Defendants. | |

    The Court set oral argument on Defendants' Special Motion to Strike (ECF No. 18) for May 19, 2020 at 10:30 a.m. As a result of the COVID-19 virus outbreak, the Court **CONVERTS** the oral argument to a telephonic hearing for the same date and time. The parties and the public may access the hearing by calling the Court's teleconference number: (888) 557-8511 prior to 10:30 a.m. When prompted, enter the access code, which is 6968297, followed by the pound side (#). Any members of the public that join the teleconference must mute their phones after joining.

    **IT IS SO ORDERED.**

**DATED: April 22, 2020**

Hon. Cynthia Bashant
United States District Judge

– 1 –