NAME AND ADDRESS OF ATTORNEY

Louis R. Miller / Amnon Z. Siegel

1999 Avenue of the Stars, Suite 1000

Los Angeles, CA 90067

PHONE: (310) 552-4400

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE Hon. Cynthia Bashant

COURT REPORTER Dana Peabody

HERRING NETWORKS, INC.

CIVIL NO. 3:19-cv-01713-BAS-AHG

(Appellant/Appellee)      Plaintiff

vs

RACHEL MADDOW, et al.

NOTICE OF APPEAL      (Civil)

(Appellant/Appellee)      Defendant

Notice is hereby given that Herring Networks, Inc.

[X] Plaintiff      [ ] Defendant above named, hereby appeals to the United States Court of Appeals for the:      (check appropriate box)

[X] Ninth Circuit      [ ] Federal Circuit

from the:      (check appropriate box)

[ ] Final Judgment      [X] Order (describe) Order Granting Defendants' Special Motion to Strike

entered in this proceeding on the 22nd day of May 2020

Transcripts required      [X] Yes      [ ] No.

Date civil complaint filed: September 9, 2019

Date: June 1, 2020

/s/ Amnon Z. Siegel

Signature

::ODMA\PCDOCS\WORDPERFECT\17861\1 May 5, 1999 (10:03am)

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| HERRING NETWORKS, INC., | NO. |
| Plaintiff/Appellant, | . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |
| vs. | 3:19-cv-01713-BAS-AHG<br>(Southern District of California) |
| RACHEL MADDOW; COMCAST CORPORATION; NBC UNIVERSAL MEDIA, LLC; AND MSNBC CABLE LLC, | |
| Defendants/Appellees. | |

## REPRESENTATION STATEMENT

The undersigned represents Herring Networks, Inc., plaintiff and appellant in this matter, and no other party.  Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, telephone number, and e-mail address, where appropriate.  (F.R.A.P. 12(b); Circuit Rule 3-2(b).)

Respectfully submitted,

Louis R. Miller
Amnon Z. Siegel
Colin H. Rolfs
Justin P. McCarthy
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA  90067
Telephone:   (310) 552-4400
Facsimile:    (310) 552-8400
E-mail:        smiller@millerbarondess.com
                   asiegel@millerbarondess.com
                   crolfs@millerbarondess.com
                   jmccarthy@millerbarondess.com

462988.1

## SERVICE LIST

Theodore J. Boutrous Jr.
Theane Evangelis
Nathaniel L. Bach
Marissa B. Moshell
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   (213) 229-7000
Facsimile:    (213) 229-7520
Email:          tboutrous@gibsondunn.com
                    tevangelis@gibsondunn.com
                    nbach@gibsondunn.com
                    mmoshell@ gibsondunn.com
*Defendants Rachel Maddow, Comcast Corporation, NBC Universal Media, LLC and MSNBC Cable, L.L.C.*

Scott A. Edelman
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East, Suite 4000
Los Angeles, CA 90067-3026
Telephone:   (310) 552-8500
Facsimile:    (310) 551-8741
Email:          sedelman@gibsondunn.com
*Defendants Rachel Maddow, Comcast Corporation, NBC Universal Media, LLC and MSNBC Cable, L.L.C.*

462988.1