# EXHIBIT H

Public Rates Report

| Firm Name | Firm Ranking | Professional Type Category | Professional Type | Year Admitted | Case Name | Court Type | Court | Fee Application Year | Rate |
|---|---|---|---|---|---|---|---|---|---|
| Fox Rothschild LLP | 93 | Attorney | Associate | 2007 | PH DIP, Inc. | U.S.B.C. | California Central | 2019 | $475 |
| Fox Rothschild LLP | 93 | Attorney | Associate | 2012 | PH DIP, Inc. | U.S.B.C. | California Central | 2019 | $380 |
| Fox Rothschild LLP | 93 | Attorney | Associate | 2015 | PH DIP, Inc. | U.S.B.C. | California Central | 2019 | $350 |
| Fox Rothschild LLP | 93 | Attorney | Associate | 2017 | PH DIP, Inc. | U.S.B.C. | California Central | 2019 | $320 |
| Fox Rothschild LLP | 93 | Attorney | Associate | 2018 | PH DIP, Inc. | U.S.B.C. | California Central | 2019 | $325 |
| Fox Rothschild LLP | 93 | Attorney | Associate | 2013 | PH DIP, Inc. | U.S.B.C. | California Central | 2019 | $380 |
| Fox Rothschild LLP | 93 | Attorney | Associate | 2017 | PH DIP, Inc. | U.S.B.C. | California Central | 2019 | $320 |
| Fox Rothschild LLP | 93 | Attorney | Associate | 2013 | PH DIP, Inc. | U.S.B.C. | California Central | 2019 | $380 |
| Fox Rothschild LLP | 93 | Attorney | Associate | 2008 | PH DIP, Inc. | U.S.B.C. | California Central | 2019 | $425 |
| Fox Rothschild LLP | 93 | Attorney | Counsel | 2018 | PH DIP, Inc. | U.S.B.C. | California Central | 2019 | $425 |
| Fox Rothschild LLP | 93 | Attorney | Counsel | 2018 | PH DIP, Inc. | U.S.B.C. | California Central | 2019 | $585 |
| Fox Rothschild LLP | 93 | Attorney | Partner | 1993 | PH DIP, Inc. | U.S.B.C. | California Central | 2019 | $775 |
| Fox Rothschild LLP | 93 | Attorney | Partner | 1996 | PH DIP, Inc. | U.S.B.C. | California Central | 2019 | $870 |
| Fox Rothschild LLP | 93 | Attorney | Partner | 2018 | PH DIP, Inc. | U.S.B.C. | California Central | 2019 | $510 |
| Fox Rothschild LLP | 93 | Attorney | Contract Attorney | 2002 | PH DIP, Inc. | U.S.B.C. | California Central | 2019 | $625 |
| Pachulski Stang Ziehl Young Jones & Weintraub | 0 | Attorney | Associate | 2010 | Sedgwick LLP | U.S.B.C. | California Northern | 2019 | $695 |
| Pachulski Stang Ziehl Young Jones & Weintraub | 0 | Attorney | Associate | 2016 | Sedgwick LLP | U.S.B.C. | California Northern | 2019 | $575 |
| Pachulski Stang Ziehl Young Jones & Weintraub | 0 | Attorney | Associate | 1978 | Sedgwick LLP | U.S.B.C. | California Northern | 2019 | $395 |
| Pachulski Stang Ziehl Young Jones & Weintraub | 0 | Attorney | Of Counsel | 2002 | Sedgwick LLP | U.S.B.C. | California Northern | 2019 | $775 |
| Pachulski Stang Ziehl Young Jones & Weintraub | 0 | Attorney | Partner | 1988 | Sedgwick LLP | U.S.B.C. | California Northern | 2019 | $925 |
| Pachulski Stang Ziehl Young Jones & Weintraub | 0 | Attorney | Partner | 1980 | Sedgwick LLP | U.S.B.C. | California Northern | 2019 | $925 |

Exhibit H - 1

| Firm | | Role | Title | Year | Matter Firm | Court | District | Year | Rate |
|---|---|---|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl Young Jones & Weintraub | 0 | Attorney | Partner | 1983 | Sedgwick LLP | U.S.B.C. | California Northern | 2019 | $995 |
| Pachulski Stang Ziehl Young Jones & Weintraub | 0 | Attorney | Partner | 1986 | Sedgwick LLP | U.S.B.C. | California Northern | 2019 | $1,025 |
| Pachulski Stang Ziehl Young Jones & Weintraub | 0 | Attorney | Partner | 1990 | Sedgwick LLP | U.S.B.C. | California Northern | 2019 | $975 |
| Pachulski Stang Ziehl Young Jones & Weintraub | 0 | Attorney | Partner | 2010 | Sedgwick LLP | U.S.B.C. | California Northern | 2019 | $775 |
| Baker & Hostetler LLP | 51 | Attorney | Associate | 2008 | Sedgwick LLP | U.S.B.C. | California Northern | 2019 | $510 |
| Baker & Hostetler LLP | 51 | Attorney | Counsel | 1995 | Sedgwick LLP | U.S.B.C. | California Northern | 2019 | $545 |
| Baker & Hostetler LLP | 51 | Attorney | Partner | 1986 | Sedgwick LLP | U.S.B.C. | California Northern | 2019 | $690 |
| Baker & Hostetler LLP | 51 | Attorney | Partner | 1983 | Sedgwick LLP | U.S.B.C. | California Northern | 2019 | $750 |
| Sheppard Mullin Richter & Hampton LLP | 79 | Attorney | Associate | 2001 | Sedgwick LLP | U.S.B.C. | California Northern | 2019 | $715 |
| Sheppard Mullin Richter & Hampton LLP | 79 | Attorney | Associate | 2007 | Sedgwick LLP | U.S.B.C. | California Northern | 2019 | $680 |
| Sheppard Mullin Richter & Hampton LLP | 79 | Attorney | Associate | 2010 | Sedgwick LLP | U.S.B.C. | California Northern | 2019 | $740 |
| Sheppard Mullin Richter & Hampton LLP | 79 | Attorney | Partner | 1991 | Sedgwick LLP | U.S.B.C. | California Northern | 2019 | $775 |
| Sheppard Mullin Richter & Hampton LLP | 79 | Attorney | Partner | 2006 | Sedgwick LLP | U.S.B.C. | California Northern | 2019 | $635 |
| Pachulski Stang Ziehl Young Jones & Weintraub | 0 | Attorney | Associate | 2010 | Sedgwick LLP | U.S.B.C. | California Northern | 2019 | $695 |
| Pachulski Stang Ziehl Young Jones & Weintraub | 0 | Attorney | Partner | 1981 | Sedgwick LLP | U.S.B.C. | California Northern | 2019 | $1,145 |
| Pachulski Stang Ziehl Young Jones & Weintraub | 0 | Attorney | Partner | 1981 | Sedgwick LLP | U.S.B.C. | California Northern | 2019 | $975 |

| Pachulski Stang Ziehl Young Jones & Weintraub | 0 | Attorney | Partner | 1988 | Sedgwick LLP | U.S.B.C. | California Northern | 2019 | $925 |
| Pachulski Stang Ziehl Young Jones & Weintraub | 0 | Attorney | Partner | 1983 | Sedgwick LLP | U.S.B.C. | California Northern | 2019 | $975 |
| Pachulski Stang Ziehl Young Jones & Weintraub | 0 | Attorney | Partner | 1986 | Sedgwick LLP | U.S.B.C. | California Northern | 2019 | $1,025 |
| Pachulski Stang Ziehl Young Jones & Weintraub | 0 | Attorney | Partner | 2010 | Sedgwick LLP | U.S.B.C. | California Northern | 2019 | $775 |