# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERRING NETWORKS, INC., <br><br>                               Plaintiff,<br><br>v.<br><br>RACHEL MADDOW, et al.,<br><br>                              Defendants. | Case No.: 3:19-cv-1713-BAS-AHG<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>**[ECF No. 35]** |

Before the Court is Defendants' Motion for Attorney Fees and Costs. ECF No. 35. This matter was referred to the undersigned by District Judge Cynthia Bashant. ECF No. 30 at 16. The Court finds it appropriate to issue the following briefing schedule:

1. Plaintiff's opposition to Defendants' motion is due on or before **June 26, 2020**;
2. Defendants' reply brief is due on or before **July 10, 2020**; and
3. At this point, the Court finds the matter suitable for determination without oral argument pursuant to CivLR 7.1(d)(1). However, the Court may, in its discretion, choose to set a hearing in the matter upon receipt of the briefing.

**IT IS SO ORDERED**.

Dated: June 8, 2020

                                                                 *[signature]*
                                                 Honorable Allison H. Goddard
                                                 United States Magistrate Judge