```
 1  THEODORE J. BOUTROUS JR., SBN 132099
       tboutrous@gibsondunn.com
 2  THEANE EVANGELIS, SBN 243570
       tevangelis@gibsondunn.com
 3  NATHANIEL L. BACH, SBN 246518
       nbach@gibsondunn.com
 4  MARISSA B. MOSHELL, SBN 319734
       mmoshell@gibsondunn.com
 5  GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue
 6  Los Angeles, CA 90071-3197
    Telephone:  213.229.7000
 7  Facsimile:   213.229.7520

 8  SCOTT A. EDELMAN, SBN 116927
       sedelman@gibsondunn.com
 9  GIBSON, DUNN & CRUTCHER LLP
    2029 Century Park East, Suite 4000
10  Los Angeles, CA 90067-3026
    Telephone:  310.552.8500
11  Facsimile:   310.551.8741

12  Attorneys for Defendants Rachel Maddow,
    MSNBC Cable L.L.C., NBCUniversal Media,
13  LLC, and Comcast Corporation
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERRING NETWORKS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RACHEL MADDOW; COMCAST CORPORATION; NBCUNIVERSAL MEDIA, LLC; and MSNBC CABLE L.L.C.,<br><br>　　　　　Defendants. | CASE NO. 19-cv-1713-BAS-AHG<br><br>**DECLARATION OF SCOTT A. EDELMAN IN SUPPORT OF REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS (Cal. Civ. Proc. Code § 425.16(c)(1))**<br><br>Action Filed: September 9, 2019<br><br>Judge: Hon. Cynthia Bashant<br>Magistrate Judge: Hon. Allison Goddard<br>Courtroom 3B |

Gibson, Dunn &
Crutcher LLP

EDELMAN DECLARATION IN SUPPORT OF REPLY IN SUPPORT OF
DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS

I, Scott A. Edelman, declare as follows:

1. I am an attorney at law licensed to practice in the State of California. I am a partner at Gibson, Dunn & Crutcher LLP ("Gibson Dunn") and counsel of record for Defendants Rachel Maddow, Comcast Corporation, NBCUniversal Media, LLC, and MSNBC Cable L.L.C. ("Defendants"). I am one of the supervising partners in charge of the work performed on this case by the attorneys and other professionals at Gibson Dunn.

2. I submit this declaration in support of the Reply in Support of Defendants' Motion for Attorneys' Fees and Costs pursuant to California Code of Civil Procedure section 425.16(c)(1). All statements in this declaration are based upon my personal knowledge and, if called upon to testify, I could and would testify to the facts set forth herein.

3. Defendants filed their Motion for Attorneys' Fees and Costs on June 5, 2020. The next day, an article was published reporting on the Motion in which Mr. Herring was quoted saying, "No one wants to spend that kind of money [paying Defendants' fees], but it is just a part of business." A true and correct copy of the article, "Rachel Maddow's Lawyers to Judge: OAN Owner Owes Us $334,000," written by Ken Stone and published in the *Times of San Diego* on June 6, 2020, is attached hereto as **Exhibit A**.

4. In their initial Motion, Defendants' counsel requested $323,965 in fees and $9,706.28 in costs, "plus any additional fees and costs incurred in connection with preparing a Reply and attending a hearing on this Motion." Mot. at 1. Defendants' counsel now seeks the remaining $23,279 in fees and $1,018.08 in costs incurred.

5. Set forth below are the details of the work completed by the Gibson Dunn attorneys and other professionals from June 5, 2020 through the filing of this Reply[1]. This information is a true and accurate reflection of our timekeeping records:

---

[1] The initial Motion for Attorneys' Fees and supporting declaration sought fees and costs for time billed through June 4, 2020.

1

EDELMAN DECLARATION IN SUPPORT OF REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS

| Date | Time | Amount Incurred (2020 Rate x Time) | Timekeeper | Task(s) |
|---|---|---|---|---|
| **Researching and drafting the Attorneys' Fees Motion, Reply, and supporting documents** | | | | |
| 6/5/2020 | 4.2 | $3,108 | Moshell, Marissa B. | Revise and finalize motion for attorneys' fees and costs and supporting documents and file. |
| 6/5/2020 | 0.4 | $384 | Bach, Nathaniel L. | Reviewing fee motion, notice of motion, memorandum, supporting declaration prior to filing. |
| 6/5/2020 | 1 | $480 | Gadberry, Lolita C. | Assist M. Moshell with review of memorandum of costs. |
| 6/5/2020 | 0.6 | $915 | Boutrous Jr., Theodore J. | Review final edits, draft of fee motion. |
| 6/5/2020 | 0.3 | $418.50 | Edelman, Scott A. | Work on final details of fees motions. |
| 6/26/2020 | 0.5 | $370 | Moshell, Marissa B. | Review and analyze Plaintiff's opposition to motion for attorneys' fees. |
| 6/26/2020 | 0.8 | $768 | Bach, Nathaniel L. | Analyze Plaintiff's opposition to motion for attorneys' fees. |
| 6/29/2020 | 4.9 | $3,626 | Moshell, Marissa B. | Review and analyze opposition for reply brief (1.3); research and outline for reply brief (3.6). |
| 6/30/2020 | 3.6 | $2,664 | Moshell, Marissa B. | Draft reply in support of motion for attorneys' fees and supporting documents. |

| Date | Hours | Amount | Timekeeper | Description |
|---|---|---|---|---|
| 7/1/2020 | 0.5 | $370 | Moshell, Marissa B. | Revise reply in support of motion for attorneys' fees. |
| 7/6/2020 | 2.8 | $2,072 | Moshell, Marissa B. | Research for and revise reply in support of motion for attorneys' fees. |
| 7/6/2020 | 0.98 | $264.60 | Kurinsky, Erin E. | Retrieve fee motion documents for M. Moshell. |
| 7/6/2020 | 1.4 | $1,953 | Edelman, Scott A. | Review and revise reply papers in support of motion for attorneys' fees. |
| 7/7/2020 | 0.59 | $566.40 | Bach, Nathaniel L. | Revising reply brief in support of motion for attorneys' fees and costs. |
| 7/7/2020 | 0.7 | $518 | Moshell, Marissa B. | Revise reply in support of motion for attorneys' fees. |
| 7/7/2020 | 0.9 | $1,255.50 | Edelman, Scott A. | Review and revise reply papers in support of motion for attorneys' fees. |
| 7/8/2020 | 2 | $1,480 | Moshell, Marissa B. | Revise and cite check reply in support of motion for attorneys' fees. |
| 7/9/2020 | .61 | $585.60 | Bach, Nathaniel L. | Final review of and edits to reply in support of attorneys' fees motion. |
| 7/9/2020 | 2 | $1,480 | Moshell, Marissa B. | Finalize reply brief in support of fees motion and supporting documents for filing. |
| | **28.78** | **$23,279** | | |
| **Total Hours and Fees** | | | | |
| **Through June 4, 2020** | 355.5 | $323,965 | | |

3

EDELMAN DECLARATION IN SUPPORT OF REPLY IN SUPPORT OF
DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS

Gibson, Dunn & Crutcher LLP

| | | |
|---|---|---|
| **June 5, 2020 to Present** | 28.78 | $23,279 |
| **TOTAL** | 384.28 | $347,244 |

6. Gibson Dunn's standard billing rates, which are detailed in my original declaration (Dkt. 35-2), appear to be comparable to those charged by Plaintiff's counsel, Miller Barondess, LLP. A true and correct copy of a Motion for Attorneys' Fees filed by Miller Barondess in *Margosian v. Bank of the West*, No. 10-vcu-238202 (Sept. 25, 2014), where Mr. Miller's standard billing rates are described, is attached hereto as **Exhibit B**. Mr. Miller's standard rate referenced therein, $1,095 per hour in 2014, is higher than Mr. Boutrous's and my standard 2014 billing rates, which were $1,080 per hour and $1,060 per hour respectively.

7. Set forth below are the details of the hours expended by the Gibson Dunn attorneys and other professionals, divided by timekeeper, through the filing of this Reply. This information is a true and accurate reflection of our records:

| Timekeeper | Hours Worked (Through June 4, 2020) | Hours Worked (June 5, 2020 to Present) |
|---|---|---|
| Theodore J. Boutrous, Jr. (Partner) | 55.8 | .6 |
| Scott A. Edelman (Partner) | 17.5 | 2.6 |
| Nathaniel L. Bach (Senior Associate) | 135.1 | 2.4 |
| Marissa B. Moshell (Mid-Level Associate) | 113.7 | 21.2 |
| Daniel M. Rubin (Mid-Level Associate) | 16.6 | ------------------------------ |
| Lolita C. Gadberry (Paralegal) | 14.7 | 1 |
| Duke Amponsah (Paralegal) | 1.4 | ------------------------------ |
| Erin E. Kurinsky (Researcher) | .6 | .98 |

| Carla H. Jones (Researcher) | .1 | ------------------------------ |
|---|---|---|
|  | 355.5 | 28.78 |
| **TOTAL HOURS** | 384.28 ||

8. In sum, through the filing of this Reply, attorneys and other professionals collectively spent 384.28 hours working on this matter, amounting to $347,244 in attorneys' fees.

9. In addition to the fees for Gibson Dunn attorneys and other professionals, Defendants incurred certain costs. Set forth below are the details of the costs incurred by Defendants, divided by category, from June 5, 2020 through the filing of this Reply. This information is a true and accurate reflection of our records:

| Date | Cost | Description |
|---|---|---|
| **Courier Costs** |||
| 6/6/2020 | $28.43 | Delivery of chambers copy of Attorneys' Fees Motion and supporting materials to Judge Goddard. |
| **Document Retrieval Service Costs** |||
| 6/30/2020 | $20 | Docket tracking charges through May 2020. |
| **Photocopying Costs** |||
| 6/5/2020 | $2.85 | Printing and photocopying in connection with Attorneys' Fees Motion and chambers copies. |
| 6/5/2020 | $125.60 | Printing and photocopying in connection with Attorneys' Fees Motion and chambers copies. |
| 6/6/2020 | $0.10 | Printing and photocopying in connection with Attorneys' Fees Motion and chambers copies. |
| 6/6/2020 | $0.40 | Printing and photocopying in connection with Attorneys' Fees Motion and chambers copies. |

| Date | Amount | Description |
|---|---|---|
| 6/6/2020 | $0.20 | Printing and photocopying in connection with Attorneys' Fees Motion and chambers copies. |
| 6/6/2020 | $0.40 | Printing and photocopying in connection with Attorneys' Fees Motion and chambers copies. |
| 6/6/2020 | $0.10 | Printing and photocopying in connection with Attorneys' Fees Motion and chambers copies. |
| **Research Costs** | | |
| 6/29/2020 | $600 | Westlaw research costs. |
| 6/30/2020 | $240 | Westlaw research costs. |
| | **$1,018.08** | |
| **Total Costs** | | |
| **Through June 4, 2020** | $9,706.28 | |
| **From June 5, 2020 to Present** | $1,018.08 | |
| **TOTAL** | $10,724.36 | |

10. In sum, through the filing of this Reply, Gibson Dunn incurred $10,724.36 in costs.

11. The total attorneys' fees and costs incurred by Gibson Dunn in this matter, through the filing of this Reply amount to $357,968.36.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed in Los Angeles, California on July 9, 2020.

Scott A. Edelman

6
EDELMAN DECLARATION IN SUPPORT OF REPLY IN SUPPORT OF
DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS