

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Herring Networks, INC | Civil Action No. 19-cv-01713-BAS-AHG |
| **Plaintiff,** | |
| V. | |
| Rachel Maddow; Comcast Corporation; NBC Universal Media, LLC; MSNBC Cable, LLC | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Grants Defendants' Special Motion to Strike. The Complaint is dismissed with prejudice

Date:  2/5/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ S. Tweedle

S. Tweedle, Deputy